**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WAYNE PASCALL,

Plaintiff,

Case No.: 1:26-cv-05484

v.

Judge Manish S. Shah

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| No. | Defendant |
|---|---|
| 1 | Super HD poster |
| 2 | LIXION Decor |
| 3 | tianjinbangteyunshugufenyouxiangongsi |
| 4 | AJie SHOP |
| 5 | MSS Art |
| 6 | XianNingShiHanBiaoShangMaoYouXianGongSi |
| 7 | Sleaf WALLART |
| 8 | ting fa |
| 9 | THĂNG STORE SHOP23 |
| 10 | jiyingUS |
| 11 | AnZhenJianZhuGongCheng |
| 12 | ywyxgs |
| 13 | ddaz、 |
| 14 | xuchangdingxiazhuangshigongcheng |
| 15 | flycar |
| 16 | KeZhou |
| 17 | Yanyuanzhang |
| 18 | dianlongshangmao |
| 19 | WEIWEITENG ART |
| 20 | Decorative Painting Suna |
| 21 | Art is beautiful |
| 22 | super oil painting |

| | |
|---|---|
| 23 | Segmentation |
| 24 | bruce art |
| 25 | Fusu poster |
| 26 | Lee Hui |
| 27 | You and me Du |
| 28 | Every moment is worth a thousand gold |
| 29 | Creative decorative paintings |
| 30 | The Painting Shop |
| 31 | Quiet art shop |
| 32 | Canvas Art Second Branch |
| 33 | Colorful Diamond Picture |
| 34 | Draw a small hallway |
| 35 | Print Canvas Co |
| 36 | CanvasOutlet |
| 37 | the little painter |
| 38 | Good picture artwork |
| 39 | Wall decoration art company |
| 40 | Painting decoration shop |
| 41 | GiftGalaxye |
| 42 | qiuqiuDecorate |
| 43 | XJZ Base of art |
| 44 | HJxin |
| 45 | zhitengfuzhuang |

This terminates the action.

DATED: August 25, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 28, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt